SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-----------------------------------------------------------------X

CHRISTIAN A. ROSARIO ANGELES,

Plaintiff(s),

-against-

AMAZON LOGISTICS, INC., and
ESMERALDA Y. RUIZ

Defendant(s).

-----------------------------------------------------------------X

Index No.:

**SUMMONS**

Plaintiff designates
BRONX County
as the Place of Trial

Basis of Venue:
Plaintiff's residence

TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service of this summons, or within 30 days after the service of this summons is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to appear to answer, judgment will be taken against you by default for the relief demanded in the complaint, together with the costs of this action.

Dated: New York, New York
February 3, 2026.

Yours, etc.,

Eli Shmulik, Esq.,
The Law Office of Eli Shmulik, P.C.,
Attorney for Plaintiff(s)
228 East 45th Street, Suite 600
NEW YORK, NEW YORK 10017
Phone: (212) 381- 4498
File#2500508

Defendants' Address:
**AMAZON LOGISTICS, INC,**
80 State Street

Albany, NY 12207

**ESMERALDA Y. RUIZ**
385 Chestnut Street
KEARNY, NJ 07032

**SEND TO YOUR INSURANCE COMPANY PROMPTLY**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
CHRISTIAN A. ROSARIO ANGELES,

Index No.:

Plaintiff(s),

**VERIFIED COMPLAINT**

-against-

AMAZON LOGISTICS, INC and
ESMERALDA Y. RUIZ

Defendant(s).
------------------------------------------------------------------X

Plaintiff, CHRISTIAN A. ROSARIO ANGELES, by his attorney, THE LAW OFFICE OF ELI SHMULIK, P.C., complaining of the defendants, AMAZON LOGISTICS, INC and ESMERALDA Y. RUIZ, respectfully show to this Court and allege:

1. That at all times herein mentioned, the plaintiff CHRISTIAN A. ROSARIO ANGELES was and continues to be a resident of the County of BRONX, City, and the State of New York.

2. That at all times herein mentioned the defendant, AMAZON LOGISTICS, INC, was and continues to be a foreign business corporation which at all times hereinafter mentioned was duly registered and transacting business in the State of New York.

3. That at all times herein mentioned the defendant, ESMERALDA Y. RUIZ, was and continues to be a resident of the City of Kearny, City, and the State of New Jersey.

4. Upon information and belief, that at all times and places hereinafter mentioned, the defendant, ESMERALDA Y. RUIZ, was the operator of the motor vehicle, bearing State of New Jersey Registration Number XRZB96, and the defendant AMAZON LOGISTICS, INC, was the

owner of the above-stated vehicle.

5. Upon information and belief, that at all times and places hereinafter mentioned, the defendants, ESMERALDA Y. RUIZ AND AMAZON LOGISTICS, INC, maintained a motor vehicle bearing New Jersey State Registration Number XRZB96.

6. Upon information and belief, that at all times and places hereinafter mentioned, the defendants, ESMERALDA Y. RUIZ AND AMAZON LOGISTICS, INC, controlled a motor vehicle bearing New Jersey State Registration Number XRZB96.

7. Upon information and belief, that at all times and places hereinafter mentioned, the plaintiff, CHRISTIAN A. ROSARIO ANGELES, was a lawful, restrained operator of the 2009 Honda automobile, bearing New York plate number MAB3567.

8. That on November 11, 2025, at approximately 1:58 PM, the plaintiff, CHRISTIAN A. ROSARIO ANGELES, was a lawful, restrained operator of the 2009 Honda automobile, bearing New York plate number MAB3567.

9. That at all times and places hereinafter mentioned, the roadway commonly identified as and abutting the Targee Street, at or near an intersection of Sobel Ct, County of Richmond, City and the State of New York was and still is a public thoroughfare in common use of the residents of the City of New York and others.

10. Upon information and belief, that at all times and places hereinafter mentioned, the Defendants AMAZON LOGISTICS, INC, and ESMERALDA Y. RUIZ were solely responsible for the proper and prudent operation, management, maintenance, and control of their aforesaid automobile.

11. That on the 11h day of November, 2025, and at the aforesaid location, the vehicle owned by defendant AMAZON LOGISTICS, INC, and operated by ESMERALDA Y. RUIZ, was

involved in a collision with the motor vehicle lawfully operated by plaintiff CHRISTIAN A. ROSARIO ANGELES.

12. That as a result thereof, plaintiff, CHRISTIAN A. ROSARIO ANGELES, was caused to sustain severe and serious personal injuries.

13. That the aforesaid occurrence was caused wholly and solely by reason of the carelessness, recklessness, and negligence of the defendants, AMAZON LOGISTICS, INC, and ESMERALDA Y. RUIZ, in the ownership, operation, maintenance, management, and control of aforesaid automobile without any negligence on the part of the plaintiffs, CHRISTIAN A. ROSARIO ANGELES, contributing thereto.

14. That plaintiff, CHRISTIAN A. ROSARIO ANGELES, said injuries and damages were caused solely by the reckless, carelessness, and negligence of the defendant, AMAZON LOGISTICS, INC, and ESMERALDA Y. RUIZ, and further by the defendant, AMAZON LOGISTICS, INC, and ESMERALDA Y. RUIZ, negligent operation of said motor vehicle, without any fault of negligence on the part of the plaintiff, CHRISTIAN A. ROSARIO ANGELES, contributing thereto in any manner, and said injuries are severe and permanent

15. That as a result of the aforesaid occurrence, the plaintiff, CHRISTIAN A. ROSARIO ANGELES, was rendered sick, sore, lame and disabled and has remained so since the said occurrence. He has sustained nervous shock and continues to suffer mental anguish and great physical pain. He has been compelled to undergo medical aid, treatment and attention and expand money and incur obligations for physicians' services, medical and hospital expenses for the care and treatment of her injuries; and upon information and belief, she will be compelled to expend additional sums of money and incur further obligations in the future for additional physicians' services, medical and hospital expenses for the further care and treatment of her injuries. They

have been incapacitated from attending to their usual duties, functions, occupations, vocations and avocations, and in other ways they were damaged, and upon information and belief may be so incapacitated in the future and will suffer pecuniary losses.

16. That plaintiffs sustained serious injuries as defined in Sections 5102 and 5104 of the Insurance Law.

17. Upon information and belief, that this action falls within one or more of the exceptions enunciated in Section 1601 of the New York CPLR.

18. That by reason of the foregoing, plaintiffs, CHRISTIAN A. ROSARIO ANGELES, have sustained injuries to various parts of their body, all of which caused great pain and suffering on the part of the plaintiffs, CHRISTIAN A. ROSARIO ANGELES, in the past, present and future and plaintiffs were caused to sustain medical, hospital, and medicine expenses to the present and in the future, all to his great damage in the sum of FIVE MILLION DOLLARS ($5,000,000.00).

**WHEREFORE**, plaintiff, CHRISTIAN A. ROSARIO ANGELES, demands judgment, wholly and solely, against defendants, AMAZON LOGISTICS, INC, and ESMERALDA Y. RUIZ, as follows:

a. For the First Cause of Action in the sum of FIVE MILLION DOLLARS ($5,000,000.00), together with attorney's fees and the costs and disbursements of this action.

Dated: New York, NY
February 3, 2026

Yours, etc.,

Eli Shmulik, Esq.,
The Law Office of Eli Shmulik, P.C.,
Attorney for Plaintiff(s)
228 East 45th Street, Suite 600
NEW YORK, NEW YORK 10017

*Phone: (212) 381- 4498*
File#2500508

TO:

**AMAZON LOGISTICS, INC**
C/O MANGO & IACOVIELLO, LLP
80 State Street
Albany, NY 12207

**ESMERALDA Y. RUIZ**
385 Chestnut Street
KEARNY, NJ 07032

# ATTORNEYS VERIFICATION

**ELI SHMULIK**, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury:

I am a member of THE LAW OFFICE OF ELI SHMULIK, P.C., attorneys of record for Plaintiff, CHRISTIAN A. ROSARIO ANGELES, in the action within. I have read the annexed

SUMMONS AND VERIFIED COMPLAINT

and know the contents thereof, and the same are true to my knowledge, and except those matters therein which are stated to be alleged upon information and belief, and as those to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records and other pertinent information contained in my files.

The reason this verification is made by me and not Plaintiff is that Plaintiff is not presently in the county wherein the attorneys for the Plaintiff maintain their office.

Dated: New York, New York
February 3, 2026

ELI SHMULIK, ESQ.

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
CHRISTIAN A. ROSARIO ANGELES,

Plaintiff(s),

against

AMAZON LOGISTICS, INC,
and ESMERALDA Y. RUIZ

Defendant(s).

-----------------------------------------------------------------------X

**SUMMONS AND VERIFIED COMPLAINT**

**THE LAW OFFICE OF ELI SHMULIK P.C.**
Attorney for Plaintiffs
228 East 45th Street, Suite 600
New York, NY 10017
(212) 381-4498
File#2500508

**ATTORNEY VERIFICATION PURSUANT TO 22 NYCRR 130-1.1A**

Pursuant to 22 NYCRR 130-1.1(a), the undersigned, an attorney admitted to practice law in the Courts of the State of New York certified that, upon information and belief, and after reasonable inquiry the contentions contained in the annexed documents are not frivolous.